# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

**UNITED STATES OF AMERICAN**     \*

            \*    **Citation No(s):**

       **v.**         \*

            \*

            \*

_____    \*

     **Defendant**       \*    **Docket No:**

            \*

            \*

          \* \* \* \* \* \* \* \* \* \* \*

## PLEA AGREEMENT

| ORIGINAL CHARGE | AMENDED CHARGE | FINE | SPECIAL ASSESSMENT | PROCESSING FEE |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

                                                                                                                **TOTAL DUE:**    $ _____

*(Section to be completed by court personnel)*

Payment is due in full within seven days unless otherwise approved. Make your check or money order payable to CLERK, U.S. DISTRICT COURT. Include your citation (ticket) number on check or money order and outside of the court-supplied envelope. Please mail Defendant's copy and payment to:

☐ **Central Violations Bureau, P.O. BOX 780549, San Antonio, TX 78278**
    **(or you may pay online at www.cvb.uscourts.gov)**

☐ Waive Initial Appearance      ☐ Continue to Obtain License

☐ Continue for Payment      ☐ Continue to Retain Attorney

☐ Set for Trial      ☐ New Court Date: _____

☐ Dismissed by the Government      at: _____ a. m.

COMMENTS: _____

_____         _____
Defendant's Signature                                    Assistant U.S. Attorney

_____         _____
Attorney for Defendant                                      Date

*Original – Court*           *Yellow – Defendant*           *Pink – AUSA*